**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No:    18-29660 |
| Roger Wall | ) | Adversary: |
| Kathleen Marie Wall | ) | Chapter:    Chapter 13 |
| Debtors, | ) | |
| | ) | Judge:   A. Benjamin Goldgar |

**NOTICE OF MOTION**

TO:     Roger & Kathleen Wall, 2277 Masters Ln, Round Lake Beach, 60073

Glenn B. Stearns, 801 Warrenville Rd. Suite 650, Lisle, IL, 60532

Office of the US Trustee, 219 S. Dearborn, Suite 873, Chicago, IL  60604

Mandarich Law, 420 W. Wabash, Ste. 400, Chicago, IL 60611

By certified mail:
Richard Fairbank, CEO, Capital One Bank, 1680 capital One Dr., McLean, VA 22102

**PLEASE TAKE NOTICE** that on **December 7, 2018** at 09:30 am, I shall appear before the Honorable Judge A. Benjamin Goldgar at Park City Branch Court, 301 S. Greenleaf Avenue, Courtroom B, Park City, IL and then and there present the attached **MOTION TO AVOID THE LIEN OF CAPITAL ONE BANK USA** a copy of which is attached hereto.

**By:**   */s/Megan Hayes*
          Megan Hayes

**CERTIFICATE OF SERVICE**

The undersigned, Megan Hayes, an Attorney, does hereby certify that I caused a copy of this notice and attached **MOTION TO AVOID THE LIEN OF CAPITAL ONE BANK USA** to be mailed to the above persons, at their respective addresses, first-class postage prepaid, by depositing the same in the U.S. Mail at 55 E. Monroe St., Chicago, Illinois, 60603, before 5:30 p.m. on November 30, 2018.

**By:**   */s/Megan Hayes*
          Megan Hayes

**Attorneys for the Debtors**
Geraci Law LLC
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800   (Fax):   877.247.1960

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| In Re: ) | Case No:    18-29660 |
|    Roger Wall ) | Adversary: |
|    Kathleen Marie Wall ) | Chapter:    Chapter 13 |
|       Debtors, ) | |
| ) | Judge:  A. Benjamin Goldgar |

### MOTION TO AVOID THE LIEN OF CAPITAL ONE BANK USA

NOW COME the Debtors, Mr. & Mrs. Roger Wall (the "DebtorS"), by and through their attorneys, Geraci Law LLC, to present their **MOTION TO AVOID THE LIEN OF CAPITAL ONE BANK USA** (the "Creditor") and states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157.

2. The Debtors filed for relief under Chapter 13 of the United States Bankruptcy Code (the "Code") on 10/22/2018.

3. The Debtors are the owners of a primary residence at 2277 Masters Ln, Round Lake Beach, IL, 60073.  The property is worth $177,000 (see Exhibit A) and encumbered by a mortgage of $160,822.25 (see Exhibit B).

4. The Debtors are entitled to a homestead exemption of $30,000 pursuant to 735 ILCS 5/12-901.

5. Prior to filing, the Creditor had obtained a judgment lien against Debtors for $2,710.16, document #7520634 and recorded this judgment on 10/22/2018.

6. Said judgment fixed a lien on the Debtors' homestead by operation of 735 ILCS 5/12-101.

7. Pursuant to 11 U.S.C. 522(f)(1), the Debtors may avoid the fixing of a lien on an interest of the Debtors in property to the extent that such lien impairs an exemption to which the Debtors would have been entitled under subsection (b) of this section, if such lien is-

   (A), a judicial lien, other than a judicial lien that secures a debt-

      (i)    to a spouse, former spouse, or child of the debtor, for alimony to, maintenance for, or support of such spouse or child, in connection with a separation agreement, divorce decree or other order of a court of record, determination made in accordance with State or territorial law by a governmental unit, or property settlement agreement; and

      (ii)   to the extent that such debt-

         (I)    is not assigned to another entity, voluntarily, by operation of law, or otherwise; and

         (II)   includes a liability designated as alimony, maintenance, or support, unless such liability is actually in the nature of alimony, maintenance or support.

8. Under 11 U.S.C. sec 522(f)(2)(A), the judicial lien in favor of the Creditor clearly impairs an exemption to which the Debtors would have been entitled.

9. Avoiding the judicial lien held by Capital One Bank USA is necessary for the Debtors' successful reorganization.

WHEREFORE, the Debtors, Mr. & Mrs. Roger Wall, pray that this Court enter an order avoiding the lien of Capital One Bank USA and to grant such other relief as this Court seems just.

Respectfully submitted,

*/s/Megan Hayes*
Megan Hayes

**Attorneys for the Debtors**
Megan Hayes
Geraci Law LLC
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800